UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NASR BASILY<br>7207 Ridgeway Drive<br>Manassas, VA 20112<br><br>      Plaintiff,<br><br>      v.<br><br>SMITHSONIAN INSTITUTION<br>1000 Jefferson Drive, SW, # 302<br>Washington, DC 20560-0012<br><br>      Defendant. | Civil Action No. 22-3722 (UA) |

## NOTICE OF REMOVAL OF A CIVIL ACTION

Pursuant to 28 U.S.C. § 1442(a)(1), Defendant Smithsonian Institution ("Defendant"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon:

1. Though insufficiently served, Defendant is in receipt of a Complaint in the case *Basily v. Smithsonian Institution*, No. 2022 CA 004690 B (D.C. Super. Ct.), filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on October 13, 2022. A copy of the Complaint is attached hereto as Exhibit A.

2. The Smithsonian Institution is an independent establishment of the United States. *See* 20 U.S.C. § 41, *et seq.*; *Expeditions Unlimited Aquatic Enter., Inc. v. Smithsonian Inst.*, 566 F.2d 289, 296 (D.C. Cir. 1977); *Raven v. Sajet*, 334 F. Supp. 3d 22, 28 (D.D.C. 2018). Removal of this matter is, therefore, authorized pursuant to 28 U.S.C. § 1442(a)(1).

3. A notice of filing of this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446.

Dated: December 14, 2022
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, I caused a copy of the foregoing Notice of Removal of a Civil Action to be served upon Plaintiff Nasar Basily by United States mail, postage prepaid, upon:

NASR BASILY
7207 Ridgeway Drive
Manassas, VA 20122

                                      */s/ Stephanie R. Johnson*
                                      STEPHANIE R. JOHNSN
                                      Assistant United States Attorney